IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hannah, Sharon | Case Number:  04 B 46713 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/17/08 | Filed:  12/20/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 5, 2008
Confirmed: April 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,600.00 | |
| Secured: | | 10,238.01 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 661.99 |
| Other Funds: | | 0.00 |
| Totals: | 13,600.00 | 13,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Ford Motor Credit Corporation | Secured | 16,370.12 | 10,238.01 |
| 3. | Midland Credit Management | Unsecured | 32.82 | 0.00 |
| 4. | Apollo Credit Agency | Unsecured | 42.75 | 0.00 |
| 5. | Ford Motor Credit Corporation | Unsecured | 205.95 | 0.00 |
| 6. | Access Community Health Network | Unsecured | | No Claim Filed |
| 7. | Access Community Health Network | Unsecured | | No Claim Filed |
| 8. | Access Community Health Network | Unsecured | | No Claim Filed |
| 9. | Excel Emergency Care | Unsecured | | No Claim Filed |
| 10. | Assoc St James Radiologists | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | Columbia House | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Excel Emergency Care | Unsecured | | No Claim Filed |
| 16. | Emergency Care Consultants | Unsecured | | No Claim Filed |
| 17. | Comcast | Unsecured | | No Claim Filed |
| 18. | Excel Emergency Care | Unsecured | | No Claim Filed |
| 19. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 20. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 21. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 22. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 23. | SBC | Unsecured | | No Claim Filed |
| 24. | SBC | Unsecured | | No Claim Filed |
| 25. | SBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hannah, Sharon | Case Number:  04 B 46713 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/17/08 | Filed:  12/20/04 |

| | | | |
|---|---|---|---|
| 26.  St James Hospital | Unsecured | | No Claim Filed |
| 27.  St James Hospital | Unsecured | | No Claim Filed |
| 28.  St James Hospital | Unsecured | | No Claim Filed |
| 29.  Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 30.  St James Hospital | Unsecured | | No Claim Filed |
| 31.  St James Hospital | Unsecured | | No Claim Filed |

```
                                                    _____      _____
                                                    $ 19,351.64     $ 12,938.01
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 80.00 |
| 3% | 35.99 |
| 5.5% | 198.00 |
| 5% | 60.00 |
| 4.8% | 115.20 |
| 5.4% | 172.80 |
| | _____ |
| | $ 661.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

